James Witt
1343 N. 10th Ave
Hanford, California 93230
(559)589-9377

RECEIVED
MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

MAY 27 2016

FILED_____
DOCKETED_____
        DATE      INITIAL

United States Court of Appeals
Ninth Circuit

| | |
|---|---|
| UNITED STATES OF AMERICA" aka "Evan Moses, et al., <br><br>  petitioner, <br>vs. <br>James Witt, <br><br>  alleged respondent | Civil docket #15-16721 <br><br> Emergency Motion to stay trial court proceedings |

  Now Comes James Witt, who moves this court to stay the proceedings against me in case number 1:15-cv-00418-LJO-SAB, this the underlying case that was appealed to this court. A previous motion was filed with this court that was not ruled on.

  Since then judge O'Neill forced me to his court under false pretenses. I was ordered to show cause on 19 May 2016. O'Neill had no intention of conducting a hearing, no intention of allowing a defense.

  O'Neill bullied me, he demanded I answer yes, that I was going to comply with his order. He stated if I didn't say yes, then I was going to be put in jail until I did. I was not permitted to show cause why I should not be held in contempt.

  I am a peaceful 71 year old man who is being bullied into testifying against myself. I was not permitted to defend myself before as judge O'Neill not only testified against me, he lied saying I made a "naked denial" of good faith, treated the IRS's arguments as irrefutable, accepted legal opinions as evidence, but was also denied cross-examination of the witness against me. His bias

against me is obvious and he has to be stopped. These are serious due process violations and if this court does not stop O'Neill he will cause irreparable harm as he is not being reasonable and fair.

Submitted this 24TH day of May 2016.

_____
James Witt

## Certificate of service

This is to certify that a true and correct copy of the foregoing has been mailed this 24TH day of May 2016, to the plaintiff at the following address:

Jennifer Rubin
PO Box 502
Washington DC  20044

_____
James Witt