**FILED**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

JUN 09 2016

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Petitioner - Appellee,<br><br>v.<br><br>JAMES W. WITT,<br><br>    Respondent - Appellant. | No. 15-16721<br><br>D.C. No. 1:15-cv-00418-LJO-SAB<br>Eastern District of California,<br>Fresno<br><br>ORDER |

Before: O'SCANNLAIN and WATFORD, Circuit Judges.

Appellant's motion for a stay of district court proceedings (Docket Entry No. 19) is denied.

Appellant's motion to strike the answering brief (Docket Entry No. 17) and appellee's response (Docket Entry No. 18) are referred to the panel that will be assigned to decide the merits of this appeal for whatever consideration the panel deems appropriate.

Briefing is complete.

AC/MOATT